UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
        Plaintiff,

vs.

DE PAZ HOLDINGS, LLC,
        Defendant.

Case No.: 21-cv-21676-BB

**CERTIFICATE OF COUNSEL REGARDING ANY PRIOR FILINGS UNDER THE
AMERICANS WITH DISABILITIES ACT PRIOR FILINGS**

As an officer of the Court, and attorney for Plaintiff, I do hereby certify that the above-styled case has never been filed with the Clerk of the United States District Court for the Southern District of Florida. Under my direction, a search has been made with the result that I can find no prior or related filing with the within Plaintiff and Defendant.

Pursuant to 28 U.S.C. Section 1746, I declare, certify, verify, and state under penalty of perjury that the foregoing is true and correct.

Respectfully submitted May 7, 2021.

LAUREN N. WASSENBERG, ESQ.
  *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, FL 33431
Ph: 561.571.0646 | Fx: 561.571.0647
WassenbergL@gmail.com

By:   s/ Lauren N. Wassenberg
      Lauren N. Wassenberg, Esq.
        (Fla. Bar No. 34083)

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this May 7, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

By:  s/ Lauren N. Wassenberg
Lauren N. Wassenberg, Esq.
(Fla. Bar No. 34083)