## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN District of Florida

Case Number: 1:21-CV-21676-BB

Plaintiff:
**EMILIO PINERO**

vs.

Defendant:
**DE PAZ HOLDINGS, LLC**


OJF2021007195

For:
Lauren Wassenberg
LAUREN WASSENBERG, ESQ.
1825 Nw Corporate Blvd.
Suite 110
Boca Raton, FL 33431

Received by OJF SERVICES, INC. on the 4th day of May, 2021 at 7:50 am to be served on **DE PAZ HOLDINGS, LLC C/O REGISTERED AGENT: ANTHONY ROBLEDO, 3901 NW 79 AVENUE, #104, MIAMI, FL 33166**.

I, GLENVILLE SMITH, do hereby affirm that on the **4th day of May, 2021** at **11:47 am, I:**

**CORPORATE SERVED:** by delivering a true copy of the **SUMMONS AND COMPLAINT** with the date and hour of service endorsed thereon by me, to: **DORIS BOBADILLA** EMPLOYEE OF ANTHONY ROBLEDO at the address of: **3901 NW 79 AVENUE, #104, MIAMI, FL 33166** as **registered agent** for **DE PAZ HOLDINGS, LLC C/O REGISTERED AGENT: ANTHONY ROBLEDO**, and informed said person of the contents therein, in compliance with state statutes 48.081.

I CERTIFY THAT I AM OVER THE AGE OF 18, HAVE NO INTEREST IN THE ABOVE ACTION, AND THAT I AM A CERTIFIED PROCESS SERVER, IN GOOD STANDING, IN THE JUDICIAL CIRCUIT IN WHICH THE PROCESS WAS SERVED. "UNDER PENALTY OF PERJURY, I DECLARE THAT I HAVE READ THE FOREGOING (DOCUMENT) AND THAT THE FACTS STATED IN IT ARE TRUE, 92.525.

GLENVILLE SMITH
CPS # 502

**OJF SERVICES, INC.**
13727 S.W. 152nd Street
P.M.B. 354
Miami, FL 33177
(786) 293-5750

Our Job Serial Number: OJF-2021007195

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.2a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| EMILIO PINERO | ) | |
| *Plaintiff(s)* | ) | |
| v. | ) Civil Action No. 1:21-cv-21676-BB | |
| DE PAZ HOLDINGS, LLC | ) | |
| *Defendant(s)* | ) | |

DATE: 5/4/21  TIME: 11:47 AM
INITIALS: [signature]  ID #: 502

## SUMMONS IN A CIVIL ACTION

RA's Receptionist
~~Doris~~ Bobadilla

To: *(Defendant's name and address)* DE PAZ HOLDINGS, LLC
c/o Registered Agent: Anthony Robledo
3901 NW 79 Ave., #104
Miami, FL 33166

OJF SERVICES, INC.
954.929.4215
WWW.OJFSERVICES.COM

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Glenn R. Goldstein, Esq., (55873) Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504, Miami, FL 33138, 305-306-7674
Lauren N. Wassnberg, Esq. (34083) Lauren N. Wassenberg & Associates, PA
1825 NW Corporate Blvd., Ste. 110, Boca Raton, FL 33431, 561-571-0646

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 3, 2021

Angela E. Noble
Clerk of Court

s/ S.Carlson
Deputy Clerk
U.S. District Courts

7195