UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,

vs.

DE PAZ HOLDINGS, LLC,
    Defendant.

Case No.: 21-cv-21676-BB

## PLAINTIFF'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT

I HEREBY disclose the following pursuant to this Court's Order:

1) The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action, including subsidiaries, conglomerates that own 10% or more of a party's stock, and all identifiable legal entities related to any party in the case:

> Plaintiff, EMILIO PINERO
> Plaintiff's Attorney, Lauren N. Wassenberg
> Plaintiff's Attorney, Glenn R. Goldstein
> Defendant, DE PAZ HOLDINGS, LLC
> Defendant's Attorney (Unknown at this time)

2) The name of every other entity whose publicly traded stock, equity or debt may be substantially affected by the outcome of this proceeding.

> None that are known to Plaintiff. Plaintiff reserves the right to supplement this response after discovery is completed.

3) The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditor's committee (or twenty largest unsecured creditors) in bankruptcy cases:

> Defendant, DE PAZ HOLDINGS, LLC

4) The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution.

Plaintiff, EMILIO PINERO

I HEREBY CERTIFY that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case and will immediately notify the Court in writing on learning of any such conflict.

Respectfully submitted,

*s/ Lauren N Wassenberg*
Lauren N. Wassenberg, Esq. (FBN: 34083)
　*Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd, Ste. 110
Boca Raton, Florida 33431
Ph: 561-571-0646
wassenbergl@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 17, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and served all counsel of record identified on the Service List for this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

*s/ Lauren N. Wassenberg*
Lauren N. Wassenberg, Esq. (FBN: 34083)
　*Attorney for Plaintiff*