UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

EMILIO PINERO,
    Plaintiff,
vs.

DE PAZ HOLDINGS, LLC,
    Defendant.

Case No.: 21-cv-21676-BB

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, EMILIO PINERO, and Defendant, DE PAZ HOLDINGS, LLC, by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice* against Defendant, DE PAZ HOLDINGS, LLC, with each party to bear their own attorney's fees and costs except as otherwise agreed in writing.

Dated:  August 27, 2021

s/ Glenn R. Goldstein
Glenn R. Goldstein (FBN: 55873)
   *Attorney for Plaintiff*
Glenn R. Goldstein & Associates, PLLC
8101 Biscayne Blvd., Ste. 504
Miami, Florida 33138
(305) 900-2373
GGoldstein@G2Legal.net

s/ Brian H. Pollock
Brian H. Pollock (FBN: 174742)
   *Attorney for Defendant*
Fairlaw Firm
135 San Lorenzo Ave., Ste. 770
Coral Gables, FL 33146
(305) 230-4822
Brian@FairlawAttorney.com

s/ Lauren N. Wassenberg
Lauren N. Wassenberg (FBN: 34083)
   *Attorney for Plaintiff*
Lauren N. Wassenberg & Associates, P.A.
1825 NW Corporate Blvd., Ste. 110
Boca Raton, Florida 33431
(561) 571-0646
WassenbergL@gmail.com